IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MELVIN RIVERA ORTIZ,

**Plaintiff(s)**

v.

UNITED STATES OF AMERICA,

**Defendant(s)**

**CIVIL NO.** 05-1685 (JAG)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Camille Velez-Rive on April 30, 2007. (Docket No. 7). In said Report and Recommendation, the Magistrate-Judge recommends that the motion for post-conviction relief filed by petitioner Melvin Rivera Ortiz on June 24, 2005 (Docket No. 1) be denied. Neither party filed objections to the Magistrate-Judge's Report and Recommendation within the prescribed time period.

After reviewing the record, the Court agrees with the arguments, factual conclusions and legal conclusions set forth in the Report and Recommendation. Therefore, the Court hereby **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety and accordingly, **DENIES** petitioner's Motion to Vacate, Set Aside or

Civil No.  05-1685 (JAG)                                           2

Correct Sentence, under 28 U.S.C. § 2255.  The petition is hereby dismissed.  Judgment shall enter accordingly.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 15th day of May, 2007.

                                    S/Jay A. Garcia-Gregory
                                    JAY A. GARCIA-GREGORY
                                    United States District Judge